JOSEPH GRASSO v. THE BOROUGH COUNCIL OF THE BOR-OUGH OF GLASSBORO AND THE POLICE DEPARTMENT OF THE BOROUGH OF GLASSBORO.

February 3, 1986.

Petition for certification denied. (See 205 *N.J.Super.* 18)

EDWARD APPLEGATE v. RONALD M. FERRARO, ET AL.

February 3, 1986.

Petition for certification denied.

ELLMEX CONSTRUCTION COMPANY, INC., ETC. v. REPUBLIC INSURANCE COMPANY, ETC.

February 3, 1986.

Petition for certification denied.

THOMAS SINATRA v. CITY OF PERTH AMBOY, IN THE COUN-TY OF MIDDLESEX, CITY OF PERTH AMBOY ZONING BOARD OF ADJUSTMENT AND RARITAN YACHT CLUB.

February 3, 1986.

Petition for certification denied.